# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MURILLO,<br><br>               Petitioner,<br><br>    v.<br><br>WARDEN OF THE MESA VERDE ICE DETENTION FACILITY, et al.,<br><br>               Respondents. | Case No. 1:26-cv-01691-KES-SAB-HC<br><br>ORDER GRANTING PETITIONER'S AND AMICUS MOTIONS TO APPOINT COUNSEL<br><br>(ECF Nos. 2, 9)<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATEMENT<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS ON FEDERAL DEFENDER |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 2, 2026, Petitioner moved for appointment of counsel. (ECF No. 2.) On May 8, 2026, the Federal Defender filed an amicus motion to appoint counsel. (ECF No. 9.) There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986); Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958). However, the Criminal Justice Act authorizes the appointment of counsel at any stage of the proceeding for financially eligible persons if "the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). To determine whether to appoint counsel, the "court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims

1

pro se in light of the complexity of the legal issues involved." Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

Upon review of the petition, Respondents' response, and the Federal Defender's amicus motion, the Court finds that given the complexity of the legal issues involved, the interests of justice require the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that:

1.  The motions to appoint counsel (ECF Nos. 2, 9) are GRANTED.

2.  Within **SEVEN (7) days** of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL:

    a.  Identify counsel; and

    b.  **Submit a proposed appointment order to the email box of the undersigned**.

3.  Within **SEVEN (7) days** of the date of service of this order, **counsel SHALL FILE a notice of appearance in this case**.

4.  Within **FOURTEEN (14) days** of the date of service of this order, the parties shall file a joint statement regarding case management and a proposed briefing schedule.

5.  The Clerk of the Court is DIRECTED to SERVE a copy of this order and the petition, via email, on the Federal Defender's Office at cae_appointments_habeas@fd.org.

IT IS SO ORDERED.

Dated:   **May 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2