IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MURILLO,                                          )    Case №: 1:26-CV-01691-1 KES-SAB-HC
                                                  )
              Petitioner,                         )         **O R D E R**
                                                  )    **APPOINTING COUNSEL**
       vs.                                        )
                                                  )
WARDEN OF THE MESA VERDE                          )
ICE DETENTION FACILITY, ET. AL.,                  )
                                                  )
              Respondents.                        )

       The above named Petitioner has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of justice and pursuant to 18 U.S.C. § 3006A,

       IT IS HEREBY ORDERED that Danica Mazenko, be appointed to represent the above Petitioner in this case effective *nunc pro tunc* to May 21, 2026.

IT IS SO ORDERED.

Dated:   **May 22, 2026**                         _____
                                                  STANLEY A. BOONE
                                                  United States Magistrate Judge