DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693

Attorney for Petitioner MURILLO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MURILLO,<br><br>               Petitioner,<br><br>vs.<br><br>WARDEN, ET AL.,<br><br>               Respondents. | Case No. 1:26-CV-1691-KES-SAB-HC<br><br>**JOINT STATEMENT OF THE CASE AND PROPOSED BRIEFING SCHEDULE; ORDER** |

Danica Mazenko, on behalf of Petitioner Murillo ("Murillo"), and Jonathan Williams, on behalf of the United States, submit this joint statement per the Court's Order at ECF 10.

Ms. Mazenko was appointed to represent Murillo on May 21, 2026. She has begun reviewing the pleadings filed between March 2, 2026 and May 21, 2026. These pleadings are comprised of approximately 300 pages. Counsel for Petitioner needs time to review the contents of the pleadings and determine whether to draft an amended petition for habeas corpus. Accordingly, the Parties jointly request to set the deadlines as follows.

| | |
|---|---|
| June 2, 2026 | Petitioner's filings due |
| June 9, 2026 | Respondents' response or decision to stand on the briefing due |
| June 16, 2026 | Petitioner's Traverse due |

Dated: May 29, 2026                             Respectfully submitted,

                                              */s/ Danica Mazenko*
                                              DANICA MAZENKO
                                              Attorney for Murillo


Dated: May 29, 2026                             ERIC GRANT
                                              United States Attorney
                                              */s/Jonathan Williams*
                                              JONATHAN WILLIAMS
                                              Special Assistant United States Attorney


## ORDER

IT IS ORDERED that the Petitioner will file any amended petition by June 2, 2026.  The Respondents will respond or notify the Court of their decision to stand on the briefing by June 9, 2026. Petitioner's Traverse, if applicable, is due June 16, 2026.

| June 2, 2026 | Petitioner's filings due |
|---|---|
| June 9, 2026 | Respondents' response or decision to stand on the briefing due |
| June 16, 2026 | Petitioner's Traverse due |


IT IS SO ORDERED.

Dated:  **June 1, 2026**                                      
                                         STANLEY A. BOONE
                                         United States Magistrate Judge

-2-